

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00686-CV

**FLAGSHIP HOMES, LTD.** d/b/a Prestige Homes,
Appellant

v.

Mark **HART** and Angelica Hart,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04333
Honorable Renée Yanta, Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Chief Justice
            Luz Elena D. Chapa, Justice
            Jason Pulliam, Justice

Delivered and Filed:  November 25, 2015

MOTION TO DISMISS GRANTED; DISMISSED

        Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P.
42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the
assessment of costs, we order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d)
(absent agreement of the parties, costs are taxed against appellant).

                                        PER CURIAM